**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10-CV-22-RLV-DSC**

| | |
|---|---|
| **NEW NGC, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **ACE AMERICAN INSURANCE** | ) |
| **COMPANY, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Joseph A. Ziemianski]" (document #7).  For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: January 21, 2010

David S. Cayer
United States Magistrate Judge