**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:10-cv-22-RLV-DSC**

| | |
|---|---|
| NEW NGC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACE AMERICAN INSURANCE, | ) |
| COMPANY, AMERICAN GUARANTEE | ) |
| & LIABILITY INSURANCE COMPANY, | ) |
| LIBERTY INSURANCE | ) |
| UNDERWRITERS, INC., and NATIONAL | ) |
| UNION FIRE INSURANCE COMPANY | ) |
| OF PITTSBURGH, PA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice for John Stephen Berry" (document #15). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to, moving counsel; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.              Signed: January 29, 2010

_____
David S. Cayer
United States Magistrate Judge