IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10-cv-22-RLV-DSC

| | |
|---|---|
| NEW NGC, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ACE AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　　Defendants. | ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF MICHEL YVES HORTON |

**THIS MATTER** is before the Court upon the Application for Admission to Practice *Pro Hac Vice* on Behalf of Michel Yves Horton to represent New NGC, Inc. in the above-captioned case. For good cause shown, as set forth in the Application, said Application is **GRANTED.**

**SO ORDERED**.

Signed: February 1, 2010

David S. Cayer
United States Magistrate Judge