IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| NEW NGC, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>      Defendants. | Civil Action No. 3:10-cv-22 |

### ACE AMERICAN INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS, OR IN THE ALTERNATIVE STAY

Defendant ACE American Insurance Company ("ACE") files this memorandum in support of its partial motion to dismiss, or in the alternative stay, and respectfully shows as follows:

ACE previously filed a partial motion to dismiss, or in the alternative stay (Doc. No. 35) claims made under the ACE excess policies numbered G23789504, G23887423 and G24638170 in effect from November 1, 2006 to November 1, 2007, November 1, 2007 to November 1, 2008 and November 1, 2008 to November 1, 2009 respectively, based on the binding arbitration provisions applicable to the policies. NGC has since filed an amended and supplemental complaint (Doc. No. 64), which sets forth substantially similar claims under the policies and

which is equally subject to the applicable arbitration provisions. ACE, therefore, incorporates the arguments set forth in its earlier motion by reference and reasserts them herein.

Respectfully submitted this 23rd day of August, 2010.

        COZEN O'CONNOR

By: *s/ Kimberly Sullivan*
    Kimberly Sullivan
    NC State Bar No. 23480
    301 S. College Street, Ste. 2100
    Charlotte, NC 28202
    Tel: (704) 376-3400
    E-mail: ksullivan@cozen.com

*and*

Joseph A. Ziemianski, Esquire
*(Admitted Pro Hac Vice)*
Cozen O'Connor
One Houston Center
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Tel: (832) 214-3920
E-mail: jziemianski@cozen.com

***Attorneys for Defendant ACE American Insurance Company***

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ACE American Insurance Company's Memorandum in Support of Its Partial Motion to Dismiss, or in the Alternative Stay** was served on the following counsel of record this 23rd day of August, 2010, via ECF notification addressed as follows:

| | |
|---|---|
| R. Steven DeGeorge, Esq.<br>sdegeorge@rbh.com | Jim Bryant, Esq.<br>jbryan@nexsenpruet.com |
| Michel Y. Horton, Esq.<br>mhorton@morganlewis.com | Hatcher B. Kincheloe, Esq.<br>hkincheloe@hedrickgardner.com |
| David S. Cox, Esq.<br>dcox@morganlewis.com | Paul A. Zevnik, Esq.<br>pzevnik@morganlewis.com |
| Jennifer M. Kennedy, Esq.<br>Jennifer.kennedy@morganlewis.com | Janice L. Kopec, Esq.<br>jkopec@morganlewis.com |
| Susan K. Burkhart, Esq.<br>skb@cshlaw.com | Stephen Berry, Esq.<br>sberry@mckennalong.com |

*s/ Kimberly Sullivan*
Kimberly Sullivan