IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-22-RLV-DSC

| | |
|---|---|
| NEW NGC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ACE AMERICAN INSURANCE COMPANY, et. al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Andrea Cortland]" (document #104). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: February 6, 2011

David S. Cayer
United States Magistrate Judge