IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10-CV-00022

NEW NGC, INC.,

           **Plaintiff,**

v.

ACE AMERICAN INSURANCE COMPANY, ET AL.,

           **Defendants.**

## ORDER

Upon the Joint Motion of Plaintiff New NGC, Inc. ("NGC") and Defendant Liberty Insurance Underwriters Inc. ("Liberty") for Voluntary Dismissal of Liberty, without prejudice, and for good cause shown:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** THAT THE Joint Motion for entry of Order of Dismissal is **GRANTED**. All claims against Defendant Liberty are hereby dismissed, without prejudice.

Signed: April 21, 2011

Richard L. Voorhees
United States District Judge