IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:10CV22

| | |
|---|---|
| NEW NGC, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ACE AMERICAN INSURANCE COMPANY, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own Motion. A jury trial is currently scheduled in the above captioned matter during our November 12, 2013, trial term in our Statesville Division.

Appearing to the Court important issues remain to be resolved, current scheduling of this case is unrealistic and will stay this matter.

**IT IS, THEREFORE, ORDERED** that this matter is stayed pending further order by the Court.

Signed: October 23, 2013

Richard L. Voorhees
United States District Judge