IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-00022

| | |
|---|---|
| NEW NGC, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| ACE AMERICAN INSURANCE | ) |
| COMPANY, NATIONAL UNION FIRE | ) |
| INSURANCE COMPANY OF | ) |
| PITTSBURG, P.A. | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

The Court **ORDERS** the parties to submit a second status report on or before November 25, 2015. The Court notes that the parties are attempting to settle all remaining issues through mediation and appreciates said effort. If the parties cannot successfully mediate, the Court anticipates that the parties will file the stipulation memorializing the mutual understanding referenced in the Status Report filed September 11, 2015 and re-engage in active litigation.

**SO ORDERED.**

Signed: September 23, 2015

Richard L. Voorhees
United States District Judge