# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-00022-RLV-DSC

| | |
|---|---|
| NEW NGC, INC., | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| ACE AMERICAN INSURANCE COMPANY, ET AL., | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**BEFORE THE COURT** is the parties' status report and request for additional time to finalize a stipulation and otherwise engage in dispute resolution. (Doc. 154).

On February 12, 2016, the parties filed a Joint Status Report indicating that NGC and ACE are in the process of finalizing a stipulation for submission to the Court. The parties indicate that NGC and National Union have agreed to material terms of a settlement. NGC and National Union anticipate that a final settlement agreement will be executed within the next thirty days.

The parties shall file a status update on their progress on no later than Friday, March 25, 2016. The Court has already granted numerous extensions of time. The parties should demonstrate good cause and identify exactly what was done to progress this matter during this month if they intend to seek another extension.

**SO ORDERED.**

Signed: March 1, 2016

Richard L. Voorhees
United States District Judge