# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-22-RLV-DSC

| | |
|---|---|
| NEW NGC, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, ET AL.,<br><br>    Defendants. | ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE (NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA ONLY) |

## ORDER

Upon reading and approving the parties' Stipulation of Dismissal with Prejudice (National Union Fire Insurance Company of Pittsburgh, PA Only) and good cause appearing therefore,

It is Hereby Ordered that Plaintiff New NGC, Inc.'s First Amended Complaint in this Action, filed July 13, 2010 (Doc. No. 64), is hereby dismissed with prejudice as to Defendant National Union Fire Insurance Company of Pittsburgh, PA only and not as to any other party.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Signed: May 2, 2016

Richard L. Voorhees
United States District Judge