IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-22-RLV-DSC

| | |
|---|---|
| NEW NGC, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY, ET AL., <br><br> Defendants. | ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE ACE AMERICAN INSURANCE COMPANY ONLY) |

ORDER

Upon reading and approving the parties' Stipulation of Dismissal with Prejudice (ACE American Insurance Company Only) and good cause appearing,

It is Hereby Ordered that Plaintiff New NGC, Inc.'s First Amended Complaint in this Action, filed July 13, 2010 (Doc. No. 64), is hereby dismissed with prejudice as to ACE American Insurance Company only and not as to any other party. Inasmuch as, in light of prior dismissals, ACE American Insurance Company is the sole remaining defendant in the action, the effect of this Order is to end this proceeding. The Clerk is directed to close the case.

Each party shall bear its own attorneys' fees and costs.

**SO ORDERED**.

Signed: May 9, 2016

Richard L. Voorhees
United States District Judge